UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

M.A.R., *an infant, by his mother and natural guardian*, DEVORAH REISZ,

          Plaintiff,

          v.

UNITED STATES OF AMERICA and BETH ISRAEL MEDICAL CENTER.

          Defendants.

No. 09-CV-1727 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The December 6, 2024 hearing on the September 27, 2024 Order to Show Cause, ECF No. 106, will be held by telephone using the following dial-in information: Call-in Number: (855) 244-8681; Meeting ID 2305 542 4735.  Mr. Daly shall serve Respondents with a copy of this Order by USPS Priority Mail on or before November 27, 2024.  Proof of service must be filed with this Court on or before December 4, 2024.  As set forth in the Order to Show Cause, to the extent that Respondents do not object to the payment of the attorney's fees sought by Mr. Daly, Mr. Daly shall advise the Court no later than December 2, 2024 by filing a letter and supporting documentation.  If there is no objection, the motion will be granted without a hearing.

    All other deadlines provided in the Court's September 27, 2024 Order to Show Cause remain the same.

SO ORDERED.

Dated:    November 25, 2024
           New York, New York

                                                            Ronnie Abrams
                                                            United States District Judge