UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MORDECHAI ARON REISZ, An Infant, by his Mother and Natural Guardian, DEVORAH REISZ,

                       Plaintiff(s),

      -against-

UNITED STATES OF AMERICA and BETH ISRAEL MEDICAL CENTER,

                       Defendants.
-----------------------------------------------------------------X

ECF Case
09-CIV-1727 (RA)

**ORDER**

**UPON THE AFFIRMATION** of legal services of John M. Daly; the affirmation of Deborah Reisz; and upon all the pleadings and proceedings heretofore had herein,

**IT IS HEREBY ORDERED**, that upon service of an attorney certified copy of this Order, upon an officer of Midland Trust Company, successor to Hudson Valley Bank, Trustee of the *Mordechai Aron Reisz Supplemental Needs Trust* shall pay to the Law Office of John M. Daly the sum of $ 3,325.00 for the work done in connection with the appointment of Asher Reisz and Devorah Reisz, as co-Guardians of the Person of M. A. R. under Surrogate's Court Procedure Act 17-A and $ 33.70 as reimbursement of expenses; and it is further

**ORDERED**, that all provisions of this Order to be entered herein must be complied with within thirty (30) days from the date of entry herein.

Hon. Ronnie Abrams
United States District Judge
December 3, 2024